MARY-LEE SMITH – 239086
MICHELLE IORIO – 298262
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Fourth Floor
Berkeley, California  94704
Telephone:   (510) 665-8644
Facsimile:    (510) 665-8511
TTY:             (510) 665-8716
Email:          msmith@dralegal.org

GAY CROSTHWAIT GRUNFELD – 121944
LISA ELLS – 243657
KARA J. JANSSEN – 274762
ROSEN BIEN GALVAN & GRUNFELD LLP
50 Fremont Street, 19th Floor
San Francisco, California  94105-2235
Telephone:   (415) 433-6830
Facsimile:    (415) 433-7104
Email:          lells@rbgg.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| DAVID COLE, LEROY BENJAMIN, ERASMO FLORES, JR., ROBERT PHILLIPS and BRANDON WILLIAMS, on behalf of themselves and all others similarly situated, <br><br>    Plaintiffs, <br><br>    v. <br><br> COUNTY OF SANTA CLARA, a public entity, COUNTY OF SANTA CLARA DEPARTMENT OF CORRECTION, a public entity under the control of the County of Santa Clara, the COUNTY OF SANTA CLARA OFFICE OF THE SHERIFF, a public entity under the control of the County of Santa Clara, and DOES 1 to 20, inclusive, <br><br>    Defendants. | Case No. 5:16-cv-06594-LHK <br><br> **CLASS ACTION** <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING ASSIGNMENT TO MAGISTRATE FOR SETTLEMENT PURPOSES** <br><br> Judge:  Hon. Lucy H. Koh <br> Crtrm.: 8, 4th Floor <br><br> Trial Date:     None Set |

1  Plaintiffs David Cole, Leroy Benjamin, Erasmo Flores, Jr., Brandon Williams and
2 Robert Phillips ("Plaintiffs") and Defendant County of Santa Clara, County of Santa Clara
3 Department of Corrections, and County of Santa Clara Office of the Sheriff
4 ("Defendants") (collectively the "Parties") respectfully request that the Court vacate the
5 mediation referral requested by Plaintiffs' under General Order 56 and refer to the case to
6 a Magistrate Settlement Conference with the Honorable Magistrate Judge Nathanial
7 Cousins.

8  The Parties have completed the site inspections required pursuant to General Order
9 56 and, while the Parties have been engaged in productive settlement discussions, they
10 have been unable to reach a complete resolution.  Accordingly, Plaintiffs' Counsel filed
11 the Notice of Need for Mediation (ADA Access Cases) required by General Order 56 on
12 April 10, 2017.  The case was referred to mediation with a deadline of July 10, 2017 to
13 complete the mediation.

14  Following further conferral, the Parties contacted the ADR Unit to request that the
15 matter be assigned to the Honorable Magistrate Judge Nathaniel Cousins for settlement
16 purposes.  Another matter, *Chavez et al v. County of Santa Clara*, (Case No. 1:15-cv-
17 05277-NJV), is already assigned to Judge Cousins for settlement purposes and the *Chavez*
18 case and this matter involve the same defendant and with certain overlapping facts and
19 claims.  The Parties believe that some coordination between the two cases during
20 settlement may be necessary and that it would be judicially efficient to use the same
21 Magistrate Judge for settlement purposes.
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

[3123783-3]

1   5:16-cv-06594-LHK
STIPULATION AND [PROPOSED] ORDER REGARDING ASSIGNMENT TO MAGISTRATE FOR
SETTLEMENT PURPOSES

1    On April 18, 2017, the ADR Unit advised the Parties to submit a stipulation to the
2 Court to this effect.  Accordingly the Parties jointly request that the Court vacate the
3 mediation referral and refer to the case to a Magistrate Settlement Conference with
4 Magistrate Judge Cousins to assist the parties in resolving this matter.  Pursuant to Local
5 Rule 5-1(i)(3) concurrence in the filing of this document has been obtained from each of
6 the signatories below.

7  DATED: April 24, 2017                Respectfully submitted,

8                                        ROSEN BIEN GALVAN & GRUNFELD LLP

9                                        By:    */s/ Kara J. Janssen*
10                                              Kara J. Janssen

11                                       Attorneys for Plaintiffs

13 DATED: April 24, 2017                 DISABILITY RIGHTS ADVOCATES

14                                       By:    */s/ Mary-Lee Smith*
15                                              Mary-Lee Smith

16                                       Attorneys for Plaintiffs

18 DATED: April 24, 2017                 JAMES R. WILLIAMS
                                         County Counsel
19
20                                       By:    */s/ Aryn Paige Harris*
                                                Aryn Paige Harris
21                                              Deputy County Counsel

22                                       Attorneys for Defendants

1 **[PROPOSED] ORDER**

2 PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4 DATED: _____, 2017

5       Lucy H. Koh
      United States District Judge