IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID COLE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>    Defendants | Case No. 16-cv-06594 LHK (NC)<br><br>**ORDER GRANTING REQUEST TO EXCUSE PLAINTIFFS FROM PERSONALLY APPEARING AT SETTLEMENT CONFERENCE** |

On August 3, 2017, plaintiffs' counsel filed a request for named plaintiffs to be excused from personally appearing at the settlement conference set for August 17, 2017, at 9:30 a.m. Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED. David Cole, Robert Phillips, Leroy Benjamin, Erasmo Flores, Jr., and Brandon Williams are excused from personally appearing.

Dated: August 4, 2017

NATHANAEL COUSINS
United States Magistrate Judge