GAY CROSTHWAIT GRUNFELD – 121944
LISA ELLS – 243657
KARA J. JANSSEN – 274762
ROSEN BIEN GALVAN & GRUNFELD LLP
50 Fremont Street, 19th Floor
San Francisco, California  94105-2235
Telephone:  (415) 433-6830
Facsimile:  (415) 433-7104
Email: lells@rbgg.com

MICHELLE IORIO – 298252
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Fourth Floor
Berkeley, California  94704
Telephone:  (510) 665-8644
Facsimile:  (510) 665-8511
TTY:  (510) 665-8716
Email:  miorio@dralegal.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| DAVID COLE, LEROY BENJAMIN, ERASMO FLORES, JR., ROBERT PHILLIPS and BRANDON WILLIAMS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA CLARA, a public entity, COUNTY OF SANTA CLARA DEPARTMENT OF CORRECTION, a public entity under the control of the County of Santa Clara, the COUNTY OF SANTA CLARA OFFICE OF THE SHERIFF, a public entity under the control of the County of Santa Clara, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 5:16-cv-06594-LHK<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION AND MOTION FOR ADMINISTRATIVE RELIEF FROM GENERAL ORDER 56 TO PERMIT PARTIES TO FILE JOINT MOTION FOR CLASS CERTIFICATION; [PROPOSED] ORDER**<br><br>Judge:  Hon. Lucy H. Koh<br><br>Trial Date:  None Set |

[3213840.1]

Case No. 5:16-cv-06594-LHK
JOINT STIPULATION AND MOTION FOR ADMINISTRATIVE RELIEF FROM GENERAL ORDER 56 TO PERMIT PARTIES TO FILE JOINT MOTION FOR CLASS CERTIFICATION; [PROPOSED] ORDER

1  This case was filed on November 14, 2016 and is subject to the requirements of
2  General Order 56 per the Court's "Scheduling Order for Cases Asserting Denial of Rights
3  of Access Under Americans with Disabilities Act Title II & III (42 U.S.C. §§ 12131-89)."
4  ECF Doc. No. 7.  Since the filing of the Complaint the parties have complied with General
5  Order 56 and are engaged in ongoing settlement negotiations before Magistrate Judge
6  Nathanael Cousins.  As required by General Order 56 all formal discovery and other
7  proceedings are currently stayed unless the Court orders otherwise. General Order 56 ¶ 2.
8  The parties jointly request to be relieved of the stay for the sole purpose of filing the
9  parties' joint motion for class certification.  The parties' request aligns with the goals of
10 General Order 56  because the filing of the joint motion for class certification will further
11 the parties' efforts to resolve this matter.
12 / / /
13 / / /
14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

IT IS HEREBY STIPULATED between and among the parties by and through their respective counsel of record, subject to the approval of the Court, which Plaintiffs and Defendants jointly request, as follows:

- The stay on proceedings imposed by General Order 56 shall be lifted for the sole purpose of allowing the parties to file their joint motion for class certification and associated papers.

Pursuant to Local Rule 5-1(i)(3) concurrence in the filing of this document has been obtained from each of the signatories below.

DATED: January 23, 2018            Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP
DISABILITY RIGHTS ADVOCATES

By: /s/ Kara Janssen
    Kara Janssen

Attorneys for Plaintiffs

DATED: January 23, 2018            JAMES R. WILLIAMS
                                   County Counsel

By: /s/ Aryn Paige Harris
    Aryn Paige Harris
    Deputy County Counsel

Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____, 2018       _____
                                   Hon. Lucy H. Koh
                                   United States District Judge