[3210968.2]

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID COLE, LEROY BENJAMIN, ERASMO FLORES, JR., ROBERT PHILLIPS and BRANDON WILLIAMS, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>COUNTY OF SANTA CLARA, a public entity, COUNTY OF SANTA CLARA DEPARTMENT OF CORRECTION, a public entity under the control of the County of Santa Clara, the COUNTY OF SANTA CLARA OFFICE OF THE SHERIFF, a public entity under the control of the County of Santa Clara, and DOES 1 to 20, inclusive,<br><br>        Defendants. | Case No. 5:16-CV-06594-LHK<br><br>**ORDER GRANTING JOINT MOTION FOR CLASS CERTIFICATION**<br><br>Re: Dkt. No. 35 |

# ORDER

Having reviewed the parties' Joint Motion for Class Certification under Rules 23(a) and 23(b)(2) of the Federal Rules of Civil Procedure, ECF No. 35, the Court hereby GRANTS the Joint Motion. Accordingly, IT IS HEREBY ORDERED as follows:

1. The numerosity, commonality, typicality, and adequacy requirements of Rule 23(a) are satisfied.
2. The requirements under Rule 23(b)(2) are satisfied.
3. The action is hereby certified as a class action as to all claims and defenses at issue in the Complaint pursuant to Rules 23(a) and 23(b)(2) of the Federal Rules of Civil Procedure.
4. The Class is defined as: All individuals with mobility disabilities who are now, or will be in the future, incarcerated in the Santa Clara County Jails, which consist of three facilities: (1) the Santa Clara County Main Jail Complex ("Main Jail"), consisting of Main Jail North and Main Jail South, in San Jose, California; (2) facilities for male inmates at the Elmwood Correctional Complex in Milpitas, California ("Elmwood"); and (3) the Elmwood Complex Women's Facility in Milpitas, California.
5. Plaintiffs Cole, Benjamin, Flores, Phillips, and Williams shall serve as representatives of the Class.
6. Rosen Bien Galvan & Grunfeld LLP and Disability Rights Advocates are appointed as class counsel to represent the interests of the plaintiff class.

**IT IS SO ORDERED.**

DATED: February 6, 2018

*Lucy H. Koh*
Hon. Lucy H. Koh
United States District Judge

[3210968.2]

ORDER GRANTING JOINT MOTION FOR CLASS CERTIFICATION
Case No. 16-CV-06594-LHK