MICHELLE IORIO – 298252
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Fourth Floor
Berkeley, California  94704
Telephone:   (510) 665-8644
Facsimile:    (510) 665-8511
TTY:             (510) 665-8716
Email:          miorio@dralegal.org

GAY CROSTHWAIT GRUNFELD – 121944
LISA ELLS – 243657
KARA J. JANSSEN – 274762
MARC J. SHINN-KRANTZ – 312968
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:   (415) 433-6830
Facsimile:    (415) 433-7104
Email:          lells@rbgg.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| DAVID COLE, LEROY BENJAMIN, ERASMO FLORES, JR., ROBERT PHILLIPS and BRANDON WILLIAMS, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>COUNTY OF SANTA CLARA, a public entity, COUNTY OF SANTA CLARA DEPARTMENT OF CORRECTION, a public entity under the control of the County of Santa Clara, the COUNTY OF SANTA CLARA OFFICE OF THE SHERIFF, a public entity under the control of the County of Santa Clara, and DOES 1 to 20, inclusive,<br><br>        Defendants. | Case No. 5:16-cv-06594-LHK<br><br>**CLASS ACTION**<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Judge:  Hon. Lucy H. Koh<br>Date:   December 6, 2018<br>Time:   1:30 pm<br>Crtrm.:  8, 4th Floor<br><br>Trial Date:      None Set |

The parties to the above-entitled action jointly submit this Case Management Conference Statement pursuant to Civil L.R. 16-9, Civil L.R. 16-10(a), and the Order entered November 15, 2018 continuing the November 21, 2018 Case Management Conference to December 6, 2018.

The parties have reached agreement on a Consent Decree that resolves all issues in the case. On November 13, 2018, the parties filed their Joint Notice of Motion and Motion for Preliminary Approval of Class Settlement (Dkt. No. 72). A copy of the Consent Decree and related exhibits is attached to the Declaration of Lisa Ells in Support of the Joint Motion for Preliminary Approval of Class Settlement (Dkt. No. 72-1). The hearing date for the Motion for Preliminary Approval of Class Settlement has been set for December 6, 2018 at 1:30 p.m.

Pursuant to Local Rule 5-1(i)(3), concurrence in the filing of this document has been obtained from each of the signatories below.

Respectfully submitted,

DATED: November 29, 2018        ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Kara J. Janssen*
    Kara J. Janssen

Attorneys for Plaintiffs

DATED: November 29, 2018        JAMES R. WILLIAMS
                                County Counsel

By: */s/ Aryn Paige Harris*
    Aryn Paige Harris
    Deputy County Counsel

Attorneys for Defendant