JAMES R. WILLIAMS, County Counsel (S.B. #271253)
DOUGLAS M. PRESS, Assistant County Counsel (S.B. #168740)
ARYN PAIGE HARRIS, Deputy County Counsel (S.B. #208590)
EMILY L. FEDMAN, Deputy County Counsel (S.B. #264973)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California  95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendant
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSÉ)

| | |
|---|---|
| DAVID COLE, et al., | No. 16CV06594 LHK |
| Plaintiffs, | **DECLARATION OF ARYN PAIGE HARRIS IN SUPPORT OF DEFENDANT COUNTY OF SANTA CLARA'S CLASS ACTION FAIRNESS ACT (CAFA) NOTICE [28 U.S.C. § 1715]** |
| v. | |
| COUNTY OF SANTA CLARA, et al., | |
| Defendants. | |

I, Aryn Paige Harris, declare as follows:

1.      I am an attorney licensed to practice law before the courts of the State of California and I am admitted to practice in the United States District Court for the Northern District of California.  I am employed as a Deputy County Counsel by the Santa Clara County Office of County Counsel, attorney for Defendant County of Santa Clara.

2.      I submit this declaration upon personal knowledge to demonstrate Defendant County of Santa Clara's compliance with the notice requirements of the Class Action Fairness Act of 2005 ("CAFA").

3.      On November 13, 2018, the parties filed a Joint Motion for Settlement for Preliminary Approval of Class Action Settlement (DKT No. 66).  On December 6, 2018, this Court indicated that the Court would grant preliminary approval of the settlement.  The Court further ordered Defendant to provide CAFA Notice pursuant to 28 U.S.C. § 1715 on December 6, 2018. Pursuant to 28 U.S.C. § 1715, CAFA Notice is completed within 90 days of the final approval

1    hearing scheduled for March 21, 2019, as required by 28 U.S.C. § 1715.

2        4.       On December 6, 2018, employees of County of Santa Clara, acting under my

3    direction, served the CAFA notice, which consisted of a cover letter and certain accompanying

4    documents, upon the Attorney General of the United States and the Attorney General of California.

5        5.       Submitted herewith as EXHIBIT A is the Declaration of Service of 28 U.S.C. § 1715

6    by Anna Marie B. Espiritu, sworn on December 6, 2018.  Submitted herewith as EXHIBIT B are the

7    cover letters to the Attorney General of the United States, and the Attorney General of California,

8    served as part of the CAFA Notice.

9        6.       I declare under penalty of perjury that the foregoing is true and correct, and if called

10   upon to testify to such facts, I could do so competently and that this declaration was executed on

11   **December 6, 2018**, at San Jose, California.

12                                          By: _____/S/_____

13                                               ARYN PAIGE HARRIS

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**EXHIBIT A**

1  JAMES R. WILLIAMS, County Counsel (S.B. #271253)
   DOUGLAS M. PRESS, Assistant County Counsel (S.B. #168740)
2  ARYN PAIGE HARRIS, Deputy County Counsel (S.B. #208590)
   EMILY L. FEDMAN, Deputy County Counsel (S.B. #264973)
3  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding Street, East Wing, Ninth Floor
4  San Jose, California  95110-1770
   Telephone: (408) 299-5900
5  Facsimile: (408) 292-7240

6  Attorneys for Defendant
   COUNTY OF SANTA CLARA

7

8                        UNITED STATES DISTRICT COURT
                       NORTHERN DISTRICT OF CALIFORNIA
9                                 (SAN JOSÉ)

10

11  DAVID COLE, et al.,                    No. 16CV06594 LHK

12                 Plaintiffs,             **DECLARATION OF SERVICE OF 28 U.S.C.**
                                           **§ 1715 BY ANNA MARIE B. ESPIRITU**
13  v.

14  COUNTY OF SANTA CLARA, et al.,

15                 Defendants.

16  I, Anna Marie B. Espiritu, declare as follows:

17      1.      I am a citizen of the United States, over the age of eighteen, and not a party to this

18  action.  I am employed by the County of Santa Clara, Office of the County Counsel, and my

19  business address is 70 W. Hedding Street, East Wing, 9th Floor, San José, CA  95110.

20      2.      On December 6, 2018, I served upon the Attorney General of the United State and the

21  Attorney General of California as listed in the cover letter attached hereto as EXHIBIT B, the

22  following documents:

23          a)      Cover letters regarding notice, pursuant to the Class Action Fairness Act of

24  2005, 28 U.S.C. § 1715 ("CAFA"), of the proposed class action settlement between Defendant

25  County of Santa Clara and Plaintiffs David Cole, et al. in the above captioned action;

26          b)      Complaint, U.S. District Court, Northern District Court of California, San

27  José, case no. 5:16-CV-06594 LHK (DKT No. 1); and

28          c)      Joint Motion for Settlement and for Preliminary Approval of Class Settlement

                                            1
Declaration of Service by Anna Marie B. Espiritu                          16CV06594 LHK

1    filed November 13, 2018, with the accompanying motion papers and exhibits (DKT No. 66).

2           3.      Service was made by placing true and correct copies of these documents in envelopes

3    for delivery via first class U.S. mail and depositing them within my firm for collection by the United

4    States Postal Service pursuant to my firm's regular practice of collecting and processing envelopes

5    for mailing.

6           I declare under penalty of perjury that the foregoing is true and correct.

7                                                  By: _Anna Marie C. Espiritu_____

8                                                       Anna Marie B. Espiritu

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Service by Anna Marie B. Espiritu                                    16CV06594 LHK

# EXHIBIT B

**OFFICE OF THE COUNTY COUNSEL**
**COUNTY OF SANTA CLARA**

County Government Center
70 West Hedding Street
East Wing, 9th Floor
San José, California  95110-1770

(408) 299-5900
(408) 292-7240 (FAX)

James R. Williams
**COUNTY COUNSEL**

Greta S. Hansen
**CHIEF ASSISTANT COUNTY COUNSEL**

Winifred Botha
Robert M. Coelho
Steve Mitra
Douglas M. Press
**ASSISTANT COUNTY COUNSEL**



December 6, 2018

Attorney General of the United States
Re:  CAFA Notice
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

CAFA Coordinator
Office of the Attorney General
Consumer Law Section
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102

Re:    Notice of Proposed Class Action Settlement in *Cole, et. al v. County of Santa Clara*, Case Number: 5:16-cv-06594-LHK

Pursuant to the Class Action Fairness Act ("CAFA"), 28 U.S.C. §1715, you are hereby notified of the proposed settlement of a class action pending before the United States District Court of for the Northern District of California.  This notice is provided on behalf of Defendant County of Santa Clara.

Plaintiffs, on behalf of themselves and all others similarly situated, filed this action against the County of Santa Clara on November 14, 2016, alleging claims for injunctive and declaratory relief under the Americans with Disabilities Act (42 U.S.C. § 12101, et seq.) ("ADA"); Section 504 of the Rehabilitation Act of 1973 (29 U.S.C. § 794, et seq.) ("Rehabilitation Act"); and California Government Code § 11135, et seq. (ECF No. 1.) "Plaintiff Class" includes "all individuals with a Mobility Disability who are now, or will be in the future, for the Term of this Consent Decree incarcerated in the County Jails."  The case is governed by 18 U.S.C. §3626. The Parties have reached a settlement that includes a Remedial Plan and Consent Decree.

The County includes the following documents:

1.  Complaint.  (ECF No. 1.)

Letter to U.S. Attorney General and CAFA Coordinator
Re: *Cole, et. al v. County of Santa Clara*
Date: December 6, 2018
Page 2

   2.   Joint Motion for Settlement for Preliminary Approval of Class Settlement filed by
       Leroy Benjamin, David Cole, Erasmo Flores, Jr, Robert Phillips, Brandon Williams.
       (ECF No. 66), including the following attachments:

       a.   Declaration of Plaintiff's Counsel Lisa Ells in Support of Preliminary
           Approval (Attachment 1 to Dkt. 66) which included a copy of the Proposed
           Consent Decree, Remedial Plan, and Proposed Class Notice.

       b.   Proposed Order Granting Motion for Preliminary Approval of Class
           Settlement and Notice to the Class) (Attachment 2, to Dkt. 66)

The Court held a hearing on December 6, 2018, and orally indicated the Court's intent to
grant preliminary approval of the class action settlement.  At the hearing, the Court ordered
minor modifications to the proposed class notice and ordered the County to provide this notice
on December 6, 2018.  The class members will be provided with notice of the class action
settlement on January 22, 2019.  The class members are permitted to object to the settlement on
or before February 28, 2019.  The Court ordered a hearing on the final approval of the class
action settlement for March 21, 2019 at 1:30 p.m.

It is not feasible for the County of Santa Clara to provide the names of all class members
since the class covers all inmates with a mobility disability who are now or will in the future be
in the County Jails.  No final judgment or notice of dismissal has been entered to date and,
because this matter involves a Consent Decree pursuant to 18 U.S.C. §3626, the Court's
jurisdiction will continue for several years.

If you have any questions about this notice, the Action, or the enclosed materials, please
contact the undersigned counsel.

Very truly yours,

JAMES R. WILLIAMS
County Counsel

ARYN PAIGE HARRIS
Deputy County Counsel

APH:abe
Encls.

1903176