UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID COLE, et al., | Case No. 16-CV-06594-LHK |
| Plaintiffs, | **ORDER EXTENDING OBJECTION DEADLINE** |
| v. | Re: Dkt. No. 76 |
| COUNTY OF SANTA CLARA, et al., | |
| Defendants. | |

On December 6, 2018, this Court held a Preliminary Approval hearing in the above captioned action. See ECF No. 70. During the hearing, the Court ordered the parties to (1) file a corrected Consent Decree that fixed a typographical error that resulted in the Consent Decree § VIII citing to 28 U.S.C. § 3626 instead of 18 U.S.C. § 3626, and (2) file a revised Notice that provided that objectors must also include their name, address, and signature in any objections. In addition, the parties stated that they wished to add language from the Northern District of California's Procedural Guidance for Class Action Settlements that the Court could only approve or reject the settlement and could not change the terms of the settlement.

On December 7, 2018, Plaintiff filed a declaration that attached as Exhibit 1 a corrected version of the Consent Decree that fixed the typographical error (referred to as the "corrected

1   Consent Decree"). ECF No. 72, Ex. 1 ("corrected Consent Decree"). Additionally, the corrected

2   Consent Decree included as Exhibit B the revised Notice that updated the original proposed Notice

3   to require that objectors include their name, address, and signature in any objections and added

4   language that the Court may only approve or deny the Consent Decree and cannot change the

5   terms of the Consent Decree (referred to as the "revised Notice"). ECF No. 72, Ex. B to Ex. 1

6   ("revised Notice").

7          On December 7, 2018, the Court granted preliminary approval of class settlement and

8   approved the corrected Consent Decree and the revised Notice. ECF No. 73. The Court ordered

9   that by January 22, 2019 "(1) the revised Notice shall be posted in English, Spanish, and

10  Vietnamese for thirty (30) consecutive days in all the intake, housing, and programming units of

11  the Jails and on the television-notification system inside the Jails; (2) the revised Notice and

12  corrected Consent Decree shall be made available on Class Counsel's websites for thirty (30)

13  days; (3) a copy of the corrected Consent Decree shall be available in all intake, housing, and

14  programming units of the Jails in English and will be made available upon request in Spanish and

15  Vietnamese; and (4) Inmates may request a copy of the corrected Consent Decree by completing

16  an Inmate Request Form and Custody Staff will provide the inmate with a copy within three days

17  of the request." *Id.* at 3. The Court also set February 28, 2019 as the deadline for objections. *Id.* at

18  4.

19         On January 29, 2019, the parties filed a joint update regarding the class action notice to

20  advise the Court of issues with the class action notice process. ECF No. 76. In particular, the

21  parties explained that:

22         (1) Complete copies of the corrected Consent Decree were made available in the units by

23             January 24, 2019 (instead of January 22, 2019), and the tri-lingual version of the

24             revised Notice was placed on the television monitors by January 28, 2019 (instead of

25             January 22, 2019).

26         (2) Although Class Counsel had posted the original Notice and original Consent Decree on

27             the websites in November, Class counsel mistakenly failed to replace the originals with

28

United States District Court
Northern District of California

2

United States District Court
Northern District of California

1  the revised Notice and the corrected Consent Decree. That mistake has been remedied.

2  *See id.* at 1–2.

3       These issues did not substantively impair the class members' ability to object because all

4  omissions were remedied in sufficient time to ensure that class members still have over 30 days to

5  object to the settlement, and the revised Notice was timely made available to inmates in the jails as

6  of January 22, 2019. Nonetheless, the parties agreed to extend the objection deadline, currently set

7  for February 28, 2019, by an additional week, to March 7, 2019. *Id.* at 2. Accordingly, the Court

8  CONTINUES the deadline to file objections from February 28, 2019 to March 7, 2019. The

9  parties have until February 8, 2019 to update all postings of the revised Notice to reflect this new

10  March 7, 2019 objection deadline.

11  **IT IS SO ORDERED.**

12

13  Dated: January 30, 2019

14  _____

15  LUCY H. KOH
   United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 16-CV-06594-LHK
ORDER EXTENDING OBJECTION DEADLINE