UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID COLE, et al., <br>         Plaintiffs, <br>    v. <br> COUNTY OF SANTA CLARA, et al., <br>         Defendants. | Case No. 16-CV-06594-LHK <br><br> **JUDGMENT** |

On March 21, 2019, the Court granted the motion for final approval of class action settlement and the motion for attorneys' fees. ECF No. 86. Accordingly, the Clerk shall enter judgment in this case and close the file.

**IT IS SO ORDERED.**

Dated: March 21, 2019

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Case No. 16-CV-06594-LHK
JUDGMENT